UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY &
OVERSIGHT,

      Plaintiff,

    v.

ENVIRONMENTAL PROTECTION
AGENCY,

      Defendant.

Civil Action No. 25-4561 (ACR)

## JOINT STATUS REPORT

Pursuant to the Court's Order dated March 5, 2026, the parties, through undersigned counsel, respectfully submit this Joint Status Report in the above-captioned case.

Plaintiff submitted a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*., request to the Environmental Protection Agency ("Agency"), seeking copies of certain correspondence by a former agency official. *See* Compl. (ECF No. 1) ¶ 9. Plaintiff filed the instant Complaint on January 2, 2026, alleging that the Department failed to timely respond to Plaintiff's FOIA request and seeking declaratory and injunctive relief compelling the agency to process and release the requested records. *See generally*, Compl. The Department filed its Answer on March 4, 2026, following an extension.

The Agency reports that it is working diligently to process Plaintiff's FOIA request in the ordinary course of business. The Agency has completed its initial search and identified approximately 1,700 potentially responsive documents. Agency processing remains ongoing at a rate of approximately 400 documents per month. The Agency still anticipates making a single, complete production in or around September 2026.

- 2 -

The Parties, therefore, propose that they file a joint status report informing the Court as to the status of this case in the next ninety days, on or before October 6, 2026.

Dated: July 7, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Matthew D. Hardin*
MATTHEW D. HARDIN, VSB#87482
HARDIN LAW OFFICE
101 Rainbow Drive #11506
Livingston, Texas 77399
Tel: (202) 802-1948
Email: MatthewDHardin@protonmail.com

By:  */s/ Saifuddin K. Kalolwala*
SAIFUDDIN K. KALOLWALA
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
Saifuddin.Kalolwala@usdoj.gov

*Counsel for Plaintiff*

*Attorneys for the United States of America*

- 2 -