UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY & OVERSIGHT,

Plaintiff,

v.

ENVIRONMENTAL PROTECTION AGENCY,

Defendant.

Civil Action No. 25-4561 (ACR)

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated March 5, 2026, the parties, through undersigned counsel, respectfully submit this Joint Status Report in the above-captioned case.

Plaintiff submitted a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*., request to the Environmental Protection Agency ("Agency"), seeking copies of certain correspondence by a former agency official. *See* Compl. (ECF No. 1) ¶ 9. Plaintiff filed the instant Complaint on January 2, 2026, alleging that the Department failed to timely respond to Plaintiff's FOIA request and seeking declaratory and injunctive relief compelling the agency to process and release the requested records. *See generally*, Compl. The Department filed its Answer on March 4, 2026, following an extension.

The Agency reports that it is diligently processing Plaintiff's FOIA request in the ordinary course. To date, the Agency has identified approximately 950 responsive documents. Those documents have been submitted for consultation, which the Agency expects to complete within the next one to two weeks. The Agency anticipates completing production by early November, if not sooner.

The Parties, therefore, propose that they file a joint status report informing the Court as to the status of this case on or before December 7, 2026.

Dated: October 6, 2026
Washington, D.C.

/s/ Matthew D. Hardin
MATTHEW D. HARDIN, VSB#87482
HARDIN LAW OFFICE
101 Rainbow Drive #11506
Livingston, Texas 77399
Tel: (202) 802-1948
Email: MatthewDHardin@protonmail.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Saifuddin K. Kalolwala
SAIFUDDIN K. KALOLWALA
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*